**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**

LUCAS LITOWITZ,               )
                              )
       Plaintiff,      )   Case No. C07-993
                              )
v.                            )
                              )   **ORDER GRANTING**
BNSF RAILWAY COMPANY,         )   **CR 37 JOINT MOTION**
a Delaware corporation        )
                              )
       Defendant.      )
_____)

    This matter came before the Court under the procedure outlined in CR 37 authorizing joint submission for the purpose of resolving discovery disputes. Plaintiff Lucas Litowitz is the moving party. The Court having considered the Joint Submission and supporting documents, and the records on file herein,

    HEREBY ORDERS that Plaintiff's requested discovery is granted or denied as follows:

GRANTED         DENIED

__xx____        _____        1.  BNSF is compelled to produce for a deposition, the person with the most knowledge regarding BNSF's "red/green" risk assessment program. The person designated shall bring to the deposition the documents requested in the notice for deposition.

Dated this 18th day of March, 2008

                                                     _____
                                                     Marsha J. Pechman
                                                    U.S. District Judge

YAEGER, JUNGBAUER &
BARCZAK, PLC
745 Kasota Avenue
Minneapolis, MN 55414
(612) 333-6371